COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

JORGE CORTEZ,                              §              No. 08-18-00156-CR

                Appellant,          §                  Appeal from the

v.                                         §              243rd District Court

THE STATE OF TEXAS,                        §              of El Paso County, Texas

                State.               §                (TC# 20170D05240)

§

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **July 17, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before July 17, 2019.

IT IS SO ORDERED this 4th day of June, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.